UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE MORRELL<br>   Plaintiff, | CIVIL ACTION |
| v. | TRIAL BY JURY<br>DEMANDED |
| NORTHSTAR LOCATION SERVICES, LLC<br>   Defendant | FEBRUARY 10, 2011 |

## COMPLAINT

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

2. Plaintiff, Valerie Morrell, is a natural person residing in Guilford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. § 1692a(3).

3. The defendant, Northstar Location Services, LLC ("Northstar"), is a Foreign Limited Liability Company that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

5. This Court has jurisdiction over Northstar because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. Northstar attempted to collect a consumer debt that was claimed against Plaintiff

8. On or around January 20, 2011, a Northstar representative, in attempting to collect a consumer debt that was claimed against Plaintiff, left a message on Plaintiff's home answering machine.

9. In the message, the representative stated that he was calling regarding a business matter and failed to state that it was a communication from a debt collector.

10. Northstar has violated the FDCPA..

WHEREFORE, the Plaintiff seeks recovery of statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k.

PLAINTIFF, VALERIE MORRELL

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457